In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-098 CR


____________________



MICHAEL RAY ALLEN, JR., Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 258th District Court


Polk County, Texas


Trial Cause No. 18,577






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Michael Ray Allen, Jr., to
withdraw his notice of appeal. See Tex. R. App. P. 42.2. The appellant and his attorney of
record both signed the request and the appellant filed the motion before we issued our
opinion on appeal. We grant the motion and dismiss the appeal.

 APPEAL DISMISSED.

 

 _____________________________

 STEVE McKEITHEN

 Chief Justice

Opinion Delivered July 11, 2007

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.